# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

No. 14-10846

_____

UNITED STATES OF AMERICA,

Plaintiff – Appellee

v.

DAVID HEREDIA-HOLGUIN,

Defendant – Appellant

_____

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

_____

ON PETITION FOR REHEARING EN BANC
(Opinion June 16, 2015, 5 Cir., 2015, 789 F.3d 625)

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

It is ordered that this cause shall be reheard by the court en banc without oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.